

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/27/2016

| | | |
|---|---|---|
| In re: | § | CASE NO.: 14-32964 |
| | § | |
| ELAINE ANN KMIEC | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO SELL ESTATE'S INTEREST IN REAL ESTATE TO DEBTOR'S FATHER SUBJECT TO ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO 11 U.S.C. §363(b)**
(Docket No. 139)

The court has considered the *Trustee's Motion for Authority to Sell Estate's Interest in Real Estate to Debtor's Father Subject to all Liens, Claims, Encumbrances and Other Interests Pursuant to 11 U.S.C §363(b)* (the "Motion"). The court is of the opinion and finds (1) that the notice of the Motion was proper and adequate, (2) that no objections were filed to the Motion, (3) that the sale proposed by the Motion is in the best interests of the creditors and the estate, and (4) that the Motion should in all things be granted. Accordingly, it is:

**ORDERED** that the Motion is **Granted** in its entirety. It is further

**ORDERED** that Janet S. Northrup, chapter 7 trustee of the bankruptcy estate of Elaine Ann Kmiec, is authorized to sell to Johnnie Kmiec the bankruptcy estate's interest in the real property described as 14234 Alice Road, Tomball, TX 77377-6244, TRS 3W and 3W-1, ABST 375 J M HOOPER (the "Alice Road Property") under the terms of the One to Four Family Residential Contract (Resale) attached as Exhibit A to the Motion.

It is further **ORDERED** that the sale of the estate's interest in the Alice Road Property shall be subject to all liens, claims, charges, encumbrances and other interests, if any.

Signed: April 26, 2016.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE