IN THE UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ELAINE ANN KMIEC | § | CASE NO. 14-32964 |
| | § | |
| | § | (CHAPTER 13) |
| Debtor, | § | |

_____

| | | |
|---|---|---|
| KARA KAUFMAN | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADV. NO. 14-3216 |
| | § | |
| ELAINE ANN KMIEC | § | |
| Defendant. | § | |

## MOTION FOR STATUS CONFERENCE

Famose Garner, pursuant to Rule 16 of the Federal Rules of Civil Procedure, respectfully requests that the Court sets, at its convenience, a status conference.

Accordingly, Famose Garner respectfully requests that this cause be set for a timely status conference and that all parties to the cause be furnished timely notice of the date, time and place of the conference.

Date: August 8, 2017

                                                                            Respectfully Submitted,

                                                                            <u>/S/ Famose T. Garner</u>
                                                                            Famose T. Garner
                                                                            SBN 24074252
                                                                            6201 Bonhomme Road, #354N
                                                                            Houston, Texas 77036
                                                                            famosegarner@gmail.com
                                                                            Phone: (832) 722-0881
                                                                            Fax: (713) 481-0205
                                                                            **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this motion has been filed electronically and served by mail on anyone unable to accept electronic filing on August 8, 2017. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

ELAINE ANN KMIEC:
1905 S Market Street
Houston, Texas 77833

                                                  */s/ Famose T. Garner*
                                                Famose T. Garner